AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Max. 40 years prison, min. 5 years prison; $5 million fine; max. lifetime s/r, min. 4 years s/r; $100 special assessment; potential deportation; forfeiture; mandatory and discretionary denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DEFENDANT - U.S

► Javier Castro Banegas-Medina

DISTRICT COURT NUMBER

4:22-CR-00076 JSW

**FILED**

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
   } SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
   } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   } 4:21-mj-70900

Name and Office of Person Furnishing Information on this form  Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Noah Stern

## DEFENDANT

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction
   } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
   } If "Yes" give date filed

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Max. 40 years prison, min. 5 years prison; $5 million fine; max. lifetime s/r, min. 4 years s/r; $100 special assessment; potential deportation; forfeiture; mandatory and discretionary denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### DEFENDANT - U.S

► Elmer Rosales-Montes

DISTRICT COURT NUMBER

4:22-CR-00076 JSW

**FILED**

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
4:21-mj-70900

Name and Office of Person Furnishing Information on this form   Stephanie M. Hinds

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Noah Stern

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Max. 40 years prison, min. 5 years prison; $5 million fine; max. lifetime s/r, min. 4 years s/r; $100 special assessment; potential deportation; forfeiture; mandatory and discretionary denial of federal benefits

---

**DEFENDANT - U.S**

Jose Ivan Cruz-Caceres

DISTRICT COURT NUMBER

4:22-CR-00076 JSW

**FILED**

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 4:21-mj-70900

Name and Office of Person Furnishing Information on this form       Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)       Noah Stern

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

N.D. Cal.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

} If "Yes" give date filed _____

**DATE OF ARREST**   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____     Before Judge: _____

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Max. 20 years prison; $1 million fine; max. lifetime s/r, min. 3 years s/r; $100 special assessment; forfeiture; mandatory and discretionary denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---

### DEFENDANT - U.S

Jihad Jad Tawasha

DISTRICT COURT NUMBER

4:22-CR-00076 JSW

**FILED**

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### PROCEEDING

Name of Complainant Agency, Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4:21-mj-70900

Name and Office of Person Furnishing Information on this form

Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

Noah Stern

### DEFENDANT

#### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

N.D. Cal.

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No

} If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____  Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Max. 20 years prison; $1 million fine; max. lifetime s/r, min. 3 years s/r; $100 special assessment; forfeiture; mandatory and discretionary denial of federal benefits

### DEFENDANT - U.S

▶ William Joseph Laughren, Jr.

FILED

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

4:22-CR-00076 JSW

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4:21-mj-70900

Name and Office of Person Furnishing Information on this form        Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)        Noah Stern

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

N.D. Cal.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  UNITED STATES OF AMERICA,           )  CASE NO.  4:22-CR-00076 JSW
                                        )
12         Plaintiff,                   )  VIOLATIONS:
                                        )  21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) –
13     v.                               )  Conspiracy to Distribute and Possess with Intent to
                                        )  Distribute 40 Grams and More of Fentanyl;
14  JAVIER CASTRO BANEGAS-MEDINA,       )  21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession
    ELMER ROSALES-MONTES,               )  with Intent to Distribute Fentanyl;
15  JOSE IVAN CRUZ-CACERES,             )  21 U.S.C. § 853 – Forfeiture Allegation
    JIHAD JAD TAWASHA, and              )
16  WILLIAM JOSEPH LAUGHREN JR.,        )
                                        )
17         Defendants.                  )  OAKLAND VENUE
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21  _____ )

22                       I N F O R M A T I O N

23  The United States Attorney charges:

24

25  COUNT ONE:        (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(vi) – Conspiracy to Distribute and
                      Possess with Intent to Distribute 40 Grams and More of Fentanyl)
26

27         Beginning on or about a date unknown to the Grand Jury, but no later than April 21, 2021, and

28  continuing to on or about May 25, 2021, in the Northern District of California and elsewhere, the

INFORMATION

---

**FILED**

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 | defendants,

2 | JAVIER CASTRO BANEGAS-MEDINA,
ELMER ROSALES-MONTES, and
3 | JOSE IVAN CRUZ-CACERES,

4 | and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

5 | and possess with intent to distribute 40 grams and more of a mixture and substance containing a

6 | detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (commonly known

7 | as "fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

8 | 846, 841(a)(1), and (b)(1)(B).

9 |

10 | COUNT TWO:          (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute
Fentanyl)

11 |

12 | On or about April 27, 2021, in the Northern District of California, the defendant,

13 | JIHAD JAD TAWASHA,

14 | did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

15 | detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (commonly known

16 | as "fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section

17 | 841(a)(1) and (b)(1)(C).

18 |

19 | COUNT THREE:          (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute
Fentanyl)

20 |

21 | On or about May 12, 2021, in the Northern District of California, the defendant,

22 | WILLIAM JOSEPH LAUGHREN, JR.,

23 | did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

24 | detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (commonly known

25 | as "fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section

26 | 841(a)(1) and (b)(1)(C).

27 |

28 | ///

INFORMATION                    2

1  FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a))

2        The allegations contained above are hereby re-alleged and incorporated by reference for the

3  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

4        Upon conviction of any of the offenses alleged in Counts One through Three above, the

5  defendants,

6                    JAVIER CASTRO BANEGAS-MEDINA,
                     ELMER ROSALES-MONTES,
7                    JOSE IVAN CRUZ-CACERES,
                     JIHAD JAD TAWASHA, and
8                    WILLIAM JOSEPH LAUGHREN, JR.,

9  shall forfeit to the United States all right, title, and interest in any property constituting and derived from

10  any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property

11  used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such

12  violations, including but not limited to a forfeiture money judgment.

13        If any of the property described above, as a result of any act or omission of the defendant:

14              a.     cannot be located upon exercise of due diligence;

15              b.     has been transferred or sold to, or deposited with, a third party;

16              c.     has been placed beyond the jurisdiction of the court;

17              d.     has been substantially diminished in value; or

18              e.     has been commingled with other property which cannot be divided without

19                     difficulty,

20  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

21  United States Code, Section 853(p).

22

23

24

25

26  ///

27  ///

28  ///

INFORMATION                          3

1    All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

2    Procedure 32.2.

3

4    DATED:  February 24, 2022                    STEPHANIE M. HINDS
                                                   United States Attorney
5

6                                                  /s/ Noah Stern
                                                   NOAH STERN
7                                                  Assistant United States Attorney
                                                   BENJAMIN K. KLEINMAN
8                                                  Special Assistant United States
                                                   Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                                   4