# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Feb 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | |
|---|---|---|
| **CASE NAME:**<br>USA v. Javier Castro Banegas-Medina et al. | **CASE NUMBER:** | 4:22-CR-00076 JSW<br>CR |
| **Is This Case Under Seal?** | Yes | No ✓ |
| **Total Number of Defendants:** | 1    2-7 ✓ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK ✓ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** Noah Stern        **Date Submitted:** 2/24/2022

**Comments:**

4:21-mj-70900

RESET FORM        SAVE PDF